# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3198

_____

| | | |
|---|---|---|
| William McGeehon, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Doctor Ann Mueller; Captain | * | [UNPUBLISHED] |
| Michael Foehring; Jim Payne, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 5, 2002

Filed: April 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Iowa inmate William McGeehon appeals the district court's adverse grant of summary judgment in McGeehon's civil rights action against corrections employees and a physician. Having carefully reviewed the record, we conclude summary judgment was proper, and we thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.